UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAMAR SHAW,                          :
                                     :    Civil Action No. 07-1109 (RMB)
          Petitioner,                :
                                     :
     v.                              :    **ORDER**
                                     :
UNITED STATES OF AMERICA,            :
et al.,                              :
          Respondents.               :    **CLOSED**

    For the reasons set forth in the Opinion filed herewith, IT IS on this **7th** day of **March** 2008,

    **ORDERED** that the Motion [13] to Dismiss is **GRANTED**; and it is further

    **ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and it is further

    **ORDERED**, in the alternative and to the extent that this Court can exercise jurisdiction over the Petition, that the Petition is **DENIED**; and it is further

    **ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
